**99–1516.   Abramovich v. Abramovich.**

Summit App. No. 19154. On August 13, 1999, a notice of appeal and memorandum in support of jurisdiction, due August 9, 1999, were inadvertently filed by the Clerk's Office. Accordingly,

IT IS ORDERED by the court, *sua sponte*, that the notice of appeal and memorandum in support of jurisdiction be, and hereby are, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that, in that appellant failed to perfect an appeal pursuant to S.Ct.Prac.R. II(2)(A)(1), this case be, and hereby is, dismissed for lack of jurisdiction.

*Wednesday, August 25, 1999*

## MOTION DOCKET

**98–2110.   Leisure v. State Farm Auto. Ins. Co.**

Stark App. Nos. 1997CA00417 and 1998CA00001. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Stark County. Upon consideration of appellants/cross-appellees' motion to continue oral argument currently scheduled for September 22, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, denied.

**98–2481.   Leisure v. State Farm Mut. Auto. Ins. Co.**

Stark App. Nos. 1997CA00420 and 1997CA00445. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Stark County. Upon consideration of appellants/cross-appellees' motion to continue oral argument currently scheduled for September 22, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, denied.

**99–1152.   State v. Group.**

Mahoning C.P. No. 97CR66. This cause is pending before the court as an appeal from the Court of Common Pleas of Mahoning County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to September 22, 1999.